UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

Timothy Collins,
    Plaintiff

-vs-                         Case No. 1:12-cv-152

Patricia M. Clancy, et al.,
    Defendants

## JUDGMENT

**Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdicts.

**X    Decision by Court:**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendation is **ADOPTED**. Plaintiff's objections are **overruled**. Both motions for summary judgment are **granted**.

Date: April 23, 2014                John P. Hehman, Clerk

                                      By: s/Mary C. Brown
                                      Mary C. Brown, Deputy Clerk